No. 1488, Misc. COTA v. FIELD, MEN's COLONY SUPERINTENDENT. Sup. Ct. Cal. Certiorari denied.

No. 1489, Misc. HANCOCK v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied. *George F. McCanless,* Attorney General of Tennessee, and *C. Hayes Cooney,* Assistant Attorney General, for respondent.

No. 1495, Misc. RIOS-RAMIREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for the United States.

No. 1497, Misc. McFALLS v. PEYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 1506, Misc. HILLERY v. CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 1505, Misc. HARSHAW v. FIELD, MEN's COLONY SUPERINTENDENT, ET AL. C. A. 9th Cir. Certiorari denied.

No. 1507, Misc. JOHNSON v. VIRGINIA. C. A. 4th Cir. Certiorari denied.

No. 1508, Misc. CORTMAN v. OREGON. Sup. Ct. Ore. Certiorari denied.

No. 1514, Misc. BELL v. PEYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 1516, Misc. ANDREWS v. PEYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.